

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-20-00340-CV

**IN THE INTEREST OF A.R., JR., A CHILD,**

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 18-03-14124-ZCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

On January 8, 2021, appellant filed a motion to dismiss this appeal claiming that this court does not have jurisdiction over this appeal. We have already determined that this court has jurisdiction over this appeal because appellant filed his notice of appeal within the fifteen-day grace period provided by Rule 26.3 of the Texas Rules of Appellate Procedure and appellant provided a reasonable explanation for his late-filed notice of appeal. On November 10, 2020, we issued an order retaining this appeal on our docket. Therefore, we DENY appellant's motion to dismiss this appeal.

If appellant wishes to voluntarily dismiss this appeal, he must file a motion to dismiss that complies with Texas Rule of Appellate Procedure 42.1(a).

If court-appointed counsel for appellant has conducted a professional evaluation of the record and determined there are no arguable grounds for reversal of the termination order, he must file a brief that complies with *Anders v. California*, 386 U.S. 738, 744 (1967) and *In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016).

Appellant's brief, which was due on or before January 12, 2021, has not been filed. Counsel for appellant is ORDERED to file appellant's brief or an appropriate motion on or before **February 12, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2021.



MICHAEL A. CRUZ, Clerk of Court